UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA C. RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02003-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the April 16, 2019 Scheduling Order, Plaintiff's reply to Defendant's cross-motion was due within 14 days of service of Defendant's motion. ECF No. 6. However, although Defendant filed his cross-motion on October 22, 2019, Plaintiff did not file her reply until November 17, 2019, 26 days later. Accordingly, the Court **ORDERS** Plaintiff Ramona Rodriguez to show cause why her reply brief should not be stricken for failure to comply with court deadlines. Plaintiff shall file a declaration by November 21, 2019. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: November 18, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge